IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>ASHLEY WHITED and FRANCISCO HERRERA,<br><br>                    Defendant. | **8:19CR202**<br><br>**ORDER** |

      This matter is before the court on Defendant Whited's Unopposed Motion to Continue [55]. Based on the reasons set forth in the motion, the court finds good cause has been shown and the motion should be granted. Accordingly,

      **IT IS ORDERED** that Defendant Whited's Unopposed Motion to Continue [55] is granted as follows:

1. The jury trial, **as to both defendants,** now set for December 17, 2019, is continued to **February 25, 2020**.

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and February 25, 2020** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

      Dated this 13th day of December 2019.

                                                BY THE COURT:

                                                s/Susan M. Bazis
                                                United States Magistrate Judge