IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ASHLEY WHITED,<br><br>    Defendant. | 8:19CR202<br><br>ORDER |

This matter is before the court on the defendant's motion to extend her self-surrender date, Filing No. 125. The motion indicates counsel for the government has no objection.

IT IS ORDERED that:

1. The defendant's motion to extend, Filing No. 125, is granted.

2. The defendant's self-surrender date is continued to on or before March 2, 2022.

Dated this 23rd day of December, 2021.

                BY THE COURT:

                s/ Joseph F. Bataillon
                Senior United States District Judge